# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 11-0191-01-CR-W-GAF |
| ) | |
| JEREMIAH COTTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Evidence and Statements (Doc. #16), filed on October 21, 2011. On November 28, 2011, United States Magistrate Judge John T. Maughmer conducted an evidentiary hearing. On December 21, 2011, Judge Maughmer issued his Report and Recommendation (Doc. #22). On December 27, 2011, Defendant's Objections to the Report and Recommendation (Doc. #24) were filed.

Upon careful and independent review of the pending motion, defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence and Statements (Doc. #22) is OVERRULED and DENIED.

SO ORDERED.

                                                    s/ Gary A. Fenner
                                                    Gary A. Fenner, Judge
                                                    United States District Court

DATED: January 3, 2012